UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM HOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>I. MEDINA, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-01613-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER TO FILE A RESPONSE TO THE COURT'S NOVEMBER 21, 2019, SCREENING ORDER<br><br>(ECF Nos. 8, 11)<br><br>THIRTY DAY DEADLINE |

Plaintiff Kareem Howell is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 21, 2019, the undersigned screened Plaintiff's complaint, found that Plaintiff stated a cognizable retaliation and deliberate indifference claim against Defendants I. Medina, J. Fugate and J. Navarro, and granted Plaintiff thirty days to either file an amended complaint or proceed on the claims found to be cognizable. (ECF No. 8.)

On December 26, 2019, Plaintiff filed a notice of change of address indicating that he has been transferred to California State Prison, Sacramento and has been without access to his legal property since December 3, 2019. (ECF No. 11.)

///
///

1

Based on the representation in Plaintiff's December 26, 2019, notice of change of address and on the basis of good cause, Plaintiff is granted **thirty (30) days** from the date of service of this order to file a response to the Court's November 21, 2019, screening order.

IT IS SO ORDERED.

Dated:   **December 30, 2019**

UNITED STATES MAGISTRATE JUDGE