# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM HOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>I. MEDINA, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01613-DAD-SAB (PC)<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>[ECF No. 13] |

Plaintiff Kareem Howell is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 21, 2019, the Court screened Plaintiff's complaint and found that Plaintiff stated cognizable claims against Defendants I. Medina, J. Fugate and J. Navarro for retaliation in violation of the First Amendment and deliberate indifference in violation of the Eighth Amendment. (ECF No. 8.) The Court ordered Plaintiff to either file a first amended complaint or notify the Court in writing of his willingness to proceed only on the cognizable claims. (Id.)

After receiving an extension of time, on January 14, 2020, Plaintiff notified the Court of his willingness to proceed only on the cognizable claims identified by the Court on October 4, 2019. (ECF No. 13.)

1

Accordingly, the Court will recommend that this action proceed only against Defendants I. Medina, J. Fugate and J. Navarro for retaliation in violation of the First Amendment and deliberate indifference in violation of the Eighth Amendment, and that all other claims and Defendants be dismissed.  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 341-42 (9th Cir. 2010).

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed on Plaintiff's complaint, filed on November 14, 2019, (ECF No. 1), against Defendants I. Medina, J. Fugate and J. Navarro for retaliation in violation of the First Amendment and deliberate indifference in violation of the Eighth Amendment; and

2. All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **January 17, 2020**

UNITED STATES MAGISTRATE JUDGE