UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM HOWELL,<br><br>    Plaintiff,<br><br>v.<br><br>I. MEDINA, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-01613-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE AN EXHAUSTION-BASED MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 25) |

    Plaintiff Kareem Howell is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Defendants' motion to extend the time to file an exhaustion-based motion for summary judgment, filed August 26, 2020.

    Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion-based motion for summary judgment is extended to **November 25, 2020**.  All other provisions of the Court's May 27, 2020 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:  **August 26, 2020**

                                           UNITED STATES MAGISTRATE JUDGE