UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. MEDINA, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01613-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND THE TIME TO FILE AN EXHAUSTION-BASED MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 27) |

　　Plaintiff Kareem Howell is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Currently before the Court is Defendants' motion to extend the time to file an exhaustion-based motion for summary judgment, filed November 20, 2020.

　　Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion-based motion for summary judgment is extended to **December 23, 2020**.  All other provisions of the Court's May 27, 2020 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:　**November 20, 2020**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1