1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   KAREEM HOWELL,                          )   Case No.: 1:19-cv-01613-DAD-SAB (PC)
                                             )
12              Plaintiff,                   )
                                             )   ORDER DIRECTING DEFENDANTS TO FILE A
13        v.                                 )   RESPONSE TO PLAINTIFF'S NOTICE OF
                                             )   VOLUNTARY DISMISSAL WITHIN SEVEN
14   I. MEDINA, et.al.,                      )   DAYS
                                             )
15              Defendants.                  )   (ECF No. 31)
                                             )
16                                           )
                                             )
17   _____        )

18        Plaintiff Kareem Howell is appearing *pro se* and *in forma pauperis* in this civil rights action

19   pursuant to 42 U.S.C. § 1983.

20        Currently before the Court is Plaintiff's notice of voluntary dismissal, filed January 26, 2021.

21        Pursuant to Federal Rule of Civil Procedure, a plaintiff may voluntarily dismiss an action

22   without a court order by filing:

23        (i)  a notice of dismissal before the opposing party serves either an answer or a motion for
          summary judgment; or
24

25        (ii) a stipulation of dismissal signed by all parties who have appeared.

26   Fed. R. Civ. P. 41(a)(1)(A).

27        Because Defendants have filed a motion for summary judgment which is pending before the

28   Court, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(i).  However, Defendants may

1

1  stipulate to dismissal pursuant to Rule 41(a)(1)(A)(ii).  Should Defendants decline to stipulate, the

2  Court may dismiss this action based upon Plaintiff's request, "on terms that the court considers

3  proper." Fed. R. Civ. P. 41(a)(2).  Accordingly, it is ORDERED that within **seven (7)** days from the

4  date of service of this order, Defendants shall file and serve a stipulation to the dismissal of this action

5  pursuant to Rule 41(a)(1)(A)(ii),[1] or to otherwise respond to Plaintiff's notice of voluntary dismissal.

7  IT IS SO ORDERED.

8  Dated:   **January 27, 2021**

9                   UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendants stipulate to Plaintiff's voluntarily dismissal, the Court will construe the parties filings as a stipulation pursuant to Rule 41(a)(1)(A)(ii).

2